684

198 So. 879

## STATE v. G. L. HERRON.

### 6 Div. 640.

Court of Appeals of Alabama.

June 18, 1940.

Rehearing Denied Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., and John W. Lapsley and J. Edw. Thornton, Asst. Attys. Gen., for appellant.

R. G. Redden, of Vernon, for appellee.

RICE, Judge.

It was agreed upon submission that the appeal in this case should be governed in all respects by the disposition made in the appeal styled State of Alabama v. C. A. Webster, ante, p. 407, 197 So. 87, submitted here simultaneously.

So, upon the authority of the decision and opinion by this court in the case of State of Alabama v. C. A. Webster, supra, the judgment here appealed from is reversed; and the judgment rendered in favor of plaintiff, appellant.

Reversed and rendered.

198 So. 879

## STATE v. W. M. McGEE.

### 6 Div. 638.

Court of Appeals of Alabama.

June 18, 1940.

Rehearing Denied Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., and John W. Lapsley and J. Edw. Thornton, Asst. Attys. Gen., for appellant.

R. G. Redden, of Vernon, for appellee.

RICE, Judge.

It was agreed upon submission that the appeal in this case should be governed in all respects by the disposition made in the appeal styled State of Alabama v. C. A. Webster, ante, p. 407, 197 So. 87, submitted here simultaneously.

So, upon the authority of the decision and opinion by this court in the case of State of Alabama v. C. A. Webster, supra, the judgment here appealed from is reversed; and judgment rendered in favor of plaintiff, appellant.

Reversed and rendered.

198 So. 880

## STATE v. Flaudie REED.

### 6 Div. 639.

Court of Appeals of Alabama.

June 18, 1940.

Rehearing Denied Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., and John W. Lapsley and J. Edw. Thornton, Asst. Attys. Gen., for appellant.

R. G. Redden, of Vernon, for appellee.

SIMPSON, Judge.

The submission of this cause on appeal in this court was coincident with that of State of Alabama v. C. A. Webster, ante, p. 407, 197 So. 87, and, as disclosed by the recorded agreement of counsel for the parties litigant, decision in this latter case controls the disposition of this appeal.

Upon authority, therefore, of the opinion by this court in the case of State of Alabama v. C. A. Webster, supra, the judgment of the lower court from which this appeal proceeded is reversed, vacated, and held for naught, and judgment is here rendered for the plaintiff, appellant.

Reversed and rendered.